## UNIVERSITY OF NORTH CAROLINA v. HILL

[327 N.C. 465 (1990)]

UNIVERSITY OF NORTH CAROLINA A/K/A THE NORTH CAROLINA MEMO-
RIAL HOSPITAL, AND THE UNIVERSITY OF NORTH CAROLINA A/K/A
THE MEDICAL FACULTY PRACTICE PLAN OF THE UNIVERSITY OF
NORTH CAROLINA AT CHAPEL HILL'S SCHOOL OF MEDICINE v.
DONALD W. HILL, JR. AND ALAMANCE COUNTY

No. 20PA90

(Filed 3 October 1990)

ON discretionary review pursuant to N.C.G.S. § 7A-31 of a
decision of the Court of Appeals, 96 N.C. App. 673, 386 S.E.2d
755 (1990), reversing summary judgment entered for defendant
Alamance County against plaintiff Hospital by *Stephens, J.,* at
the 9 November 1988 Session of Civil Superior Court, ALAMANCE
County, and remanding for further proceedings. Heard in the
Supreme Court 6 September 1990.

*Lacy H. Thornburg, Attorney General, by J. Charles Waldrup,
Assistant Attorney General, for plaintiff-appellees.*

*S. C. Kitchen, County Attorney, for defendant-appellant
Alamance County.*

*James B. Blackburn III, General Counsel, for North Carolina
Association of County Commissioners and North Carolina Sheriffs'
Association, amici curiae.*

*Wendell H. Ott and Laurie S. Truesdell for The Charlotte-
Mecklenburg Hospital Authority d/b/a Carolinas Medical Center,
Duke University Medical Center, Memorial Mission Hospital, Inc.,
The Moses H. Cone Memorial Hospital, North Carolina Baptist
Hospitals, Inc., and The North Carolina Hospital Association, amici
curiae.*

PER CURIAM.

Affirmed.